AO 240A

# UNITED STATES DISTRICT COURT

_____District of New Jersey_____

Darren R. Jones

        Plaintiff                 ORDER ON APPLICATION
                                         TO PROCEED WITHOUT
    V.                                 PREPAYMENT OF FEES

John Boyle, et al.

        Defendant                Case Number: 08-3062(KSH)

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

☒   GRANTED, and

    ☒  The clerk is directed to file the complaint, and

    ☒  IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

      ☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 2nd day of July, 2008

                                               /s/ K.S. Hayden
                                             Signature of Judicial Officer

                                             Katharine S. Hayden
                                             Name and title of Judicial Officer