UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARREN R. JONES,<br><br>     Plaintiff,<br>v.<br><br>JOHN BOYLE, WILLIAM RUETE, and ROBERT GASPAROVIC,<br><br>     Defendants. | Civil Action No. 08-3062 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the accompanying opinion of June 30, 2011,

IT IS ON THIS 30th day of June, 2011,

**Ordered** that plaintiff's motion for summary (D.E. 65) is **denied**, and defendants' motion for summary judgment (D.E. 61) is **granted.**

The Clerk of the Court is directed to close the case.

June 30, 2011

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.