IUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARREN R. JONES<br><br>Plaintiff,<br>v.<br><br>JOHN BOYLE, et al.,<br><br>Defendants. | Civil Action No. 08-3062 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

Plaintiff Darren Jones has sent a letter request (D.E. 79) seeking an extension of time within which to file an appeal from this Court's opinion and order dismissing the within action (D.E. 76 and 77). Plaintiff has failed to demonstrate good cause for filing his notice of appeal outside the 30-day period provided for by Federal Rule of Appellate Procedure 4(a). On plaintiff's representation that he received the Court's opinion on July 8th, under the Rules he may file a timely notice of appeal up to and including August 8, 2011. His request is **denied.**

It is so ORDERED

July 25, 2011

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.